1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAWANE ARTHUR MALLETT,                    No.  2:23-cv-00394-DAD-DMC (PC)

12              Plaintiff,

13         v.                                   ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATION AND DISMISSING
14    JOHN K. VINCENT, et al.,                  THIS ACTION

15              Defendants.                     (Doc. Nos. 2, 9)

16

17         Plaintiff Dawane Arthur Mallett, proceeding *pro se*, initiated this civil rights action under

18    *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971) on March 2, 2023. (Doc. No. 1.)

19    This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C.

20    § 636(b)(1)(B) and Local Rule 302.

21         On March 15, 2024, the magistrate judge issued findings and recommendations

22    recommending that this action be dismissed, without leave to amend, due to plaintiff's failure to

23    state a cognizable claim upon which relief may be granted.  (Doc. No. 9.)  Those findings and

24    recommendations were served on plaintiff and contained notice that any objections thereto were

25    to be filed within fourteen (14) days from the date of service.  (*Id.* at 7.)  To date, no objections to

26    the pending findings and recommendations have been filed, and the time in which to do so has

27    now passed.

28    /////

                                                1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

2    *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the

3    findings and recommendations are supported by the record and by proper analysis.

4    Accordingly,

5    1.    The findings and recommendations issued on March 15, 2024 (Doc. No. 9) are

6          adopted in full;

7    2.    This action is dismissed due to plaintiff's failure to state a cognizable claim for

8          relief;

9    3.    Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) is denied as

10         having been rendered moot by this order; and

11   4.    The Clerk of the Court is directed to close this case.

12   IT IS SO ORDERED.

13   Dated:   **June 11, 2024**

14                                                  DALE A. DROZD
                                                    UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2